UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIE NORCROSS, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>TISHMAN SPEYER PROPERTIES, L.P., ROCK RINK L.L.C., AND RCPI LANDMARK PROPERTIES, LLC,<br><br>      Defendants. | Civil Action No.: 1:23-cv-11153-JPO<br><br>Hon. J. Paul Oetken |

## NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND SERVCE AWARD

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 **PLEASE TAKE NOTICE** that on August 16, 2024 at 12:00 p.m. before the Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, Plaintiff Natalie Norcross ("Plaintiff"), by and through Class Counsel, will move and hereby does move for an order (1) approving the payment of attorneys' fees, costs, and expenses in the amount of one-third of the settlement fund, (2) granting Plaintiff a service award of $5,000 in recognition of her efforts on behalf of the class, and (3) awarding such other and further relief as the Court deems reasonable and just.

 **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon the accompanying memorandum of law in support, the Declaration of Natalie Norcross, and the Declaration of Philip L. Fraietta, with annexed exhibits.

Dated: July 8, 2024

                                         Respectfully submitted,

By:    */s/ Philip L. Fraietta*
       Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Stefan Bogdanovich (*pro hac vice pending*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Class Counsel*